|  | UNITED STATES DISTRICT COURT |
| --- | --- |
| INVESTORS BANK, | EASTERN DISTRICT OF NEW YORK |
| Plaintiff, | CIVIL ACTION NO. 1:19-cv-6401 |
| v. | |
| OLDEN GROUP, LLC, YECHIEL SPREI A/K/A SAM SPREI, CHAYA SHERMAN, ABRAHAM TOMLIN, ABC CORPS 1 to 10, and JOHN DOES 1 to 10, | **CONSENT JUDGMENT AGAINST DEFENDANTS ABRAHAM TOMLIN AND YECHIEL SPREI A/K/A SAM SPREI** |
| Defendants. | |

THIS MATTER, having been opened to the Court by Sherman Atlas Sylvester & Stamelman LLP, attorneys for plaintiff Investors Bank ("Plaintiff") for the entry of a judgment against defendants Yechiel Sprei a/k/a Sam Sprei and Abraham Tomlin in accordance with the terms of a Settlement Agreement and Mutual Release dated as of November 1, 2020 (the "Agreement") executed by Plaintiff, Sprei, and Tomlin, among others, and it appearing that Sprei and Tomlin have consented to the entry of judgment upon default under the terms of the Agreement, and it further appearing that Sprei and Tomlin have delivered this Consent Final Judgment pursuant to the Agreement, and it appearing there is due to Plaintiff as of November 1, 2020 the sum of $1,283,000, plus interest, late fees, legal fees and other expenses, and for good cause shown;

IT IS on this __29th__ day of _____July_____, 2021;

So Ordered: Kiyo A. Matsumoto, USDJ

The undersigned hereby consent to
the form and entry of this Judgment:
SHERMAN WELLS SYLVESTER
& STAMELMAN LLP
Attorneys for Plaintiff
Investors Bank

By:_____
    ANTHONY C. VALENZIANO


LAW OFFICES OF CYNTHIA A. AUGELLO, P.C.
Attorneys for Defendants


By:_____
    CYNTHIA A. AUGELLO


ABRAHAM TOMLIN

By: *A. E. Tomlin* (signature)
    Abraham Tomlin


YECHIEL SPREI a/k/a SAM SPREI


By: (signature)
    Yechiel Sprei


4826-1896-3132, v. 1

The undersigned hereby consent to
the form and entry of this Judgment:

SHERMAN ~~WELLS~~ ATLAS SYLVESTER
& STAMELMAN LLP
Attorneys for Plaintiff
Investors Bank

By: _____
    ANTHONY C. VALENZIANO


LAW OFFICES OF CYNTHIA A. AUGELLO, P.C.
Attorneys for Defendants

By: _____
    CYNTHIA A. AUGELLO


ABRAHAM TOMLIN


By: _____
    Abraham Tomlin


YECHIEL SPREI a/k/a SAM SPREI


By: _____
    Yechiel Sprei


4826-1896-3132, v. 1